UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY JACKSON,

    Petitioner,

v

UNITED STATES OF AMERICA,

    Respondent.
_____/

Civil Case No. 05-70793

Criminal Case No. 03-80101

HONORABLE AVERN COHN

## JUDGMENT OF DISMISSAL

For the reasons stated in the Court's Memorandum and Order Denying Motion Under 28 U.S.C. § 2255 entered and filed on this date, the Petitioner's motion to vacate and or/correct sentence is DENIED and the above case is DISMISSED.

DAVID WEAVER

Dated: June 03, 2005    By: s/ Julie Owens
                                    Deputy Clerk